# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>      Debtor. | Chapter 11<br>Bankr. Case No. 16-10386 (CSS)<br><br>Adv. Proc. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>    Appellants-Cross-Appellees,<br><br>  v.<br><br>PARAGON LITIGATION TRUST,<br><br>    Appellee-Cross-Appellants. | C.A. No. 18-cv-1277 (CFC)<br><br>BAP No. 18-43<br><br>C.A. No. 18-cv-1345 (CFC)<br><br>BAP No. 18-45 |

**STIPULATION AND PROPOSED ORDER ESTABLISHING**
**BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL**

    Pursuant to the Court's Standing Order dated September 11, 2012 (the "Standing Order"), and based upon the recommendation of Magistrate Judge Thynge that this matter will be withdrawn from the mandatory referral for mediation, Noble Corporation plc, Noble Corporation Holdings Ltd., Noble Corporation, Noble Holding International (Luxembourg) S.à r.l., Noble Holding International (Luxembourg NHIL) S.à r.l., Noble FDR Holdings Limited, Michael A. Cawley, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall, James A. MacLennan, Mary P.

Ricciardello, Julie J. Robertson, and David Williams (the "Appellants-Cross-Appellees"), and the Paragon Litigation Trust (the "Appellee-Cross-Appellant"), by and through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to the following briefing schedule:

- Appellants-Cross-Appellees' brief in support of the Appeal is due on or before **September 14, 2018**.

- Appellee-Cross-Appellant's combined brief in opposition to the Appeal and brief in support of the Cross-Appeal is due on or before **October 10, 2018**.

- Appellants-Cross-Appellees' combined reply brief in support of the Appeal and answering brief in opposition to the Cross-Appeal is due on or before **October 24, 2018**.

- Appellee-Cross-Appellant's reply brief in support of the Cross-Appeal is due on or before **November 5, 2018**.

Dated: September 17, 2018
Wilmington, Delaware

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Anthony W. Clark* <br> Anthony W. Clark (No. 2051) <br> Stephen J. Della Penna (No. 6103) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, DE 19899-0636 <br> Telephone: (302) 651-3000 <br> Fax: (302) 651-3001 <br><br> – and – <br><br> George A. Zimmerman (*admitted pro hac vice*) <br> Lauren E. Aguiar (*admitted pro hac vice*) <br> Four Times Square <br> New York, NY 10036 <br> Telephone: (212) 735-3000 <br> Fax: (212) 735-2000 <br><br> – and – | */s/ Michael S. Neiburg* <br> Pauline K. Morgan (No.3650) <br> Joel A. Waite (No. 2925) <br> Jaime Luton Chapman (No. 4936) <br> Michael S. Neiburg (No. 5275) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Fax: (302) 571-1253 <br> Email: pmorgan@ycst.com <br> mneiburg@ycst.com <br><br> – and – |

| | |
|---|---|
| Wallis M. Hampton (*admitted pro hac vice*)<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002-5026<br>Telephone: (713) 655-5116<br><br>*Counsel for Appellants-Cross-Appellees* | JONES DAY<br>Bruce Bennett<br>Sidney P. Levinson<br>James O. Johnston<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Fax: (213) 243-2539<br>Email: bbennett@jonesday.com<br>slevinson@jonesdy.com<br>jjohnston@jonesday.com<br><br> – and –<br><br>Jennifer L. Del Medico<br>Genna L. Ghaul<br>250 Vesey Street<br>New York, New York 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: jdelmedico@jonesday.com<br>gghaul@jonesday.com<br><br>*Counsel for Appellee-Cross-Appellant* |

SO ORDERED this \_\_\_\_ day of September, 2018

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT JUDGE