## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>                  *Debtor*. | Chapter 11<br><br>Case No. 16-10386 (CSS)<br>Adv. Pro. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC,<br>NOBLE CORPORATION HOLDINGS LTD,<br>NOBLE CORPORATION, NOBLE<br>HOLDING INTERNATIONAL<br>(LUXEMBOURG) S.à r.l.,<br>NOBLE HOLDING INTERNATIONAL<br>(LUXEMBOURG NHIL) S.à r.l.,<br>NOBLE FDR HOLDINGS LIMITED,<br>MICHAEL A. CAWLEY, JULIE H.<br>EDWARDS, GORDON T. HALL, JON A.<br>MARSHALL, JAMES A. MACLENNAN,<br>MARY P. RICCIARDELLO,<br>JULIE J. ROBERTSON, and DAVID<br>WILLIAMS,<br><br>       *Appellants and Cross-Appellees*,<br><br>       v.<br><br>PARAGON LITIGATION TRUST,<br><br>       *Appellee and Cross-Appellant*. | C.A. No. 18-cv-1277 (LPS)<br>BAP No. 18-43<br><br><br>C.A. No. 18-cv-1345 (LPS)<br>BAP No. 18-45 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the law firms of Jones Day and Young Conaway Stargatt & Taylor, LLP hereby withdraw their appearance as counsel of record for Appellee/Cross-Appellant Paragon Litigation Trust (the "Trust"), and request that they be deleted from the CM/ECF electronic notification service in these cases in their capacity as counsel to the Trust. The law firms of Kirkland & Ellis LLP and Pachulski Stang Ziehl & Jones LLP have entered their appearance as counsel of record for the Trust.

01:23828702.1

| | |
|---|---|
| Dated: November 28, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Pauline K. Morgan (No. 3650)<br>Joel A. Waite (No. 2925)<br>Jaime Luton Chapman (No. 4936)<br>Michael S. Neiburg (No. 5275)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email: pmorgan@ycst.com<br>         mneiburg@ycst.com<br><br>-and-<br><br>JONES DAY<br>Bruce Bennett<br>Sidney P. Levinson<br>James O. Johnston<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 489-3939<br>Facsimile:  (213) 243-2539<br>Email: bbennett@jonesday.com<br>         slevinson@jonesdy.com<br>         jjohnston@jonesday.com<br><br>-and-<br><br>Gregory M. Shumaker<br>David S. Torborg<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>Email: gshumaker@jonesday.com<br>dstorborg@jonesday.com<br><br>-and- |

01:23828702.1

Jennifer L. Del Medico
Genna L. Ghaul
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: jdelmedico@jonesday.com
      gghaul@jonesday.com

*Former Counsel to Paragon Litigation Trust, Appellee and Cross-Appellant*

<u>SEEN AND AGREED</u>:

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com

-and-

KIRKLAND & ELLIS LLP
David J. Zott, P.C.
Jeffrey J. Zeiger, P.C.
William E. Arnault
Anne I. Salomon
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
      jzeiger@kirkland.com
      warnault@kirkland.com
      anne.salomon@kirkland.com

*Counsel to Paragon Litigation Trust, Appellee and Cross-Appellant*