## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>Debtor. | Chapter 11<br>Bankr. Case No. 16-10386 (CSS)<br>Adv. Proc. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>Appellants-Cross-Appellees,<br><br>v.<br><br>PARAGON LITIGATION TRUST,<br><br>Appellee-Cross-Appellant. | C.A. No. 18-cv-1277 (LPS)<br><br>BAP No. 18-43<br><br>C.A. No. 18-cv-1345 (LPS)<br><br>BAP No. 18-45 |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 8023, Noble Corporation plc, Noble Corporation Holdings Ltd., Noble Corporation, Noble Holding International (Luxembourg) S.à r.l., Noble Holding International (Luxembourg NHIL) S.à r.l., Noble FDR Holdings Limited, Michael A. Cawley, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall, James A. MacLennan, Mary P. Ricciardello, Julie J. Robertson, and David Williams (collectively, the "Appellants"), and the Paragon Litigation Trust (the "Appellee"), by and through their undersigned counsel and subject

to the approval of the Court, hereby stipulate and agree that Appellants' appeal (C.A. No. 18-cv-1277 (LPS)) and Appellee's cross-appeal (C.A. No. 18-cv-1345 (LPS)) of the Bankruptcy Court's Order Regarding Defendants' Motion to Dismiss in Favor of Arbitration and to Stay the Proceedings (Adv. Proc. No. 17-51882 (CSS); Dkt. No. 68), are dismissed with prejudice. Each party shall bear its own appellate court costs and fees. Upon dismissal of the appeal and cross-appeal, each party agrees that Counts I through VIII of the Paragon Litigation Trust's Complaint (Adv. Proc. No. 17-51882-CSS; Dkt. No. 5) shall proceed before the U.S. Bankruptcy Court for the District of Delaware.

Dated: February 15, 2019
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Stephen J. Della Penna (I.D. No. 6103)
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Anthony.Clark@skadden.com
       Stephen.DellaPenna@skadden.com

– and –

George A. Zimmerman (*admitted pro hac vice*)
Lauren E. Aguiar (*admitted pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Wallis M. Hampton (*admitted pro hac vice*)
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026
Telephone: (713) 655-5116

*Counsel for Appellants-Cross-Appellees*

2

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com

– and –

KIRKLAND & ELLIS LLP

David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
      jzeiger@kirkland.com
      warnault@kirkland.com
      anne.salomon@kirkland.com

*Co-Counsel for Appellee-Cross-Appellant*

SO ORDERED this 15th day of February, 2019

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

3